UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : 3:03CR00100(RNC) |
| JUAN ROSARIO | : FEBRUARY 8, 2005 |

## MOTION TO TRANSFER SENTENCING

In the interest of justice, it is requested that the sentencing of Mr. Rosario currently scheduled for 3/4/05 before Chief United States District Judge Robert N. Chatigny, be transferred to the docket of the Honorable Alan H. Nevas in Bridgeport.

The Defendant has testified before Judge Nevas and Judge Nevas has already had the opportunity to evaluate Mr. Rosario.

The undersigned has spoken with the U.S. Attorney Stephen Reynolds and he has no objection to the same.

WHEREFORE, the undersigned moves that the sentencing of the Defendant, Juan Rosario, be transferred to the Honorable Alan H. Nevas.

RESPECTFULLY SUBMITTED,
JUAN ROSARIO

By _____
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC
P.O. BOX 491
BRIDGEPORT CT 06601-0491
Fed. Bar #CT 00148
(203) 333-6135
(203) 333-6190