UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : 3:03CR00100(RNC) |
| JUAN ROSARIO | : FEBRUARY 8, 2005 |

### MOTION TO TRANSFER SENTENCING

In the interest of justice, it is requested that the sentencing of Mr. Rosario currently scheduled for 3/4/05 before Chief United States District Judge Robert N. Chatigny, be transferred to the docket of the Honorable Alan H. Nevas in Bridgeport.

The Defendant has testified before Judge Nevas and Judge Nevas has already had the opportunity to evaluate Mr. Rosario.

The undersigned has spoken with the U.S. Attorney Stephen Reynolds and he has no objection to the same.

WHEREFORE, the undersigned moves that the sentencing of the Defendant, Juan Rosario, be transferred to the Honorable Alan H. Nevas.

RESPECTFULLY SUBMITTED,
JUAN ROSARIO

By_____
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC
P.O. BOX 491
BRIDGEPORT CT 06601-0491
Fed. Bar #CT 00148
(203) 333-6135
(203) 333-6190

February 17, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the Asst. U.S. Attorney, Stephen Reynolds, Office of the U.S. Attorney, 915 Lafayette Blvd., Bridgeport, CT 06604, Joseph Zampano, U.S. Probation Officer, U.S. Probation Dept., 915 Lafayette Blvd., Bridgeport, CT 06604, and chambers copy to the Honorable Alan H. Nevas, U.S. District Court Judge, U.S. District Court House, 915 Lafayette Blvd., Bridgeport, CT 06604 and Honorable Robert N. Chatigny, U.S. District Judge, 450 Main St. Hartford, CT 06103.

*[signature]*
FRANK J. RICCIO